NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**YISSUM RESEARCH DEVELOPMENT COMPANY
OF THE HEBREW UNIVERSITY OF JERUSALEM,**
*Appellant*

**v.**

**SONY CORPORATION,**
*Appellee*

———————————

2015-1342

———————————

Appeal from the United States Patent and Trademark
Office, Patent Trial and Appeal Board in No. IPR2013-
00219.

--------------------------------------------------------------

**YISSUM RESEARCH DEVELOPMENT COMPANY
OF THE HEBREW UNIVERSITY OF JERUSALEM,**
*Appellant*

**v.**

**SONY CORPORATION,**
*Appellee*

———————————

2015-1343

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00218.

—————————————

**JUDGMENT**

—————————————

CRAIG E. COUNTRYMAN, Fish & Richardson, P.C., San Diego, CA, argued for appellant. Also represented by JOHN A. DRAGSETH, Minneapolis, MN.

WALTER E. HANLEY, JR., Kenyon & Kenyon LLP, New York, NY, argued for appellee. Also represented by MICHELLE CARNIAUX, MARK A. CHAPMAN.

SCOTT WEIDENFELLER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, FRANCES M. LYNCH.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* DYK and TARANTO, *Circuit Judges*).

AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 11, 2015          /s/ Daniel E. O'Toole
        Date                   Daniel E. O'Toole
                              Clerk of Court